■ In the Matter of OFELINA BENZAN, Doing Business as BENZAN GROCERY, Petitioner, v NEW YORK STATE LIQUOR AUTHORITY, Respondent. — Proceeding pursuant to CPLR article 78 to review a determination of respondent dated June 3, 1983, which, after a hearing, found petitioner in violation of the Alcoholic Beverage Control Law and the Rules of the State Liquor Authority and assessed a penalty of cancellation of petitioner's liquor license and forfeiture of petitioner's $1,000 bond. ¶ Determination confirmed and proceeding dismissed on the merits, with costs (see *Matter of Dumbarton Oaks Rest. & Bar v New York State Liq. Auth.*, 58 NY2d 89). Mollen, P. J., Titone, Lazer and Thompson, JJ., concur.

■ In the Matter of RICHARD GIBBONS, Petitioner, v KENNETH A. ROSEN-BLUM, as Commissioner of the Department of Consumer Affairs of the County of Suffolk, Respondent. — Proceeding pursuant to CPLR article 78 to review a determination of the respondent Commissioner of the Suffolk County Department of Consumer Affairs, dated November 17, 1982, which, after a hearing, found petitioner guilty of misconduct and suspended him without pay for 30 days from his position as a consumer affairs investigator II. ¶ Determination confirmed and proceeding dismissed on the merits, without costs or disbursements. ¶ The determination of the respondent is supported by substantial evidence (see *300 Gramatan Ave. Assoc. v State Div. of Human Rights,* 45 NY2d 176; *Matter of Pell v Board of Educ.,* 34 NY2d 222). Mangano, J. P., Bracken, Weinstein and Niehoff, JJ., concur.